IN THE U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| METROPOLITAN HOSPITAL AUTHORITY D/B/A NASHVILLE GENERAL HOSPITAL, | § |
|---|---|
| Plaintiff, | § |
| vs. | § No. _____ |
| THE CINCINNATI INSURANCE COMPANY, | § |
| Defendant. | § |

## NOTICE OF REMOVAL

Comes the Cincinnati Insurance Company pursuant to 28 USC § 1441 et seq. and 28 USC § 1332(a) and would respectfully show the Court as follows:

1. This is a declaratory judgment lawsuit in which Metropolitan Hospital Authority d/b/a Nashville General Hospital (Metro) seeks defense and indemnity from Cincinnati Insurance Company for an action filed in the Circuit Court for Davidson County, Tennessee styled *Donald J. Powell v. Metropolitan Nashville General Hospital; William Bacon, M.D.; K. Walker; and Jane Doe*, Case Number: 05C3239. A copy of the underlying complaint is attached.

2. The Cincinnati Insurance Company (Cincinnati) has received a copy of the attached Complaint for Declaratory Judgment, filed in Davidson County, Tennessee Circuit Court, Case Number 08C1514.

3.	There has not yet been service of process, but Cincinnati has been provided with a courtesy copy of the complaint and formal service is waived. This notice is filed less than thirty days of Cincinnati's receipt of the complaint.

4.	Plaintiff, Metropolitan Hospital Authority d/b/a Nashville General Hospital, is a governmental entity affiliated with the Metropolitan Government of Nashville with its principal place of business in Davidson County, Tennessee.

5.	Cincinnati maintains its principal place of business at 6200 South Gilmore Road, Fairfield, OH 45014.

6.	The underlying complaint seeks $250,000 in compensatory damages.

7.	Because this lawsuit involves citizens of different states and the amount in controversy exceeds $75,000.00, this Court has jurisdiction pursuant to 28 U.S.C. § 1332.

ACCORDINGLY, Defendant hereby removes this case from the Circuit Court for Davidson County, Tennessee to the United States District Court for the Middle District of Tennessee.

Respectfully submitted this 22nd day of May, 2008.

s/ John M. Neal
John M. Neal, BPR #5920
THE NEAL LAW FIRM
Post Office Box 51930
Knoxville, TN 37950
(865) 684-4600

Attorney for Cincinnati Insurance Companies

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been furnished to counsel of record in this cause by one of the following means, as checked, on the 22nd day of May, 2008.

|  |  |
|---|---|
| \_\_\_\_\_ | Personal Delivery |
| __X__ | U.S. Mail, Postage Prepaid |
| \_\_\_\_\_ | Telecopier |
| \_\_\_\_\_ | Overnight Delivery Service |

J. Brooks Fox
Elizabeth A. Sanders
108 Metropolitan Courthouse
Post Office Box 196300
Nashville, Tennessee 37219-6300

                                                      s/ John M. Neal
                                                      John M. Neal