IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| METROPOLITAN HOSPITAL AUTHORITY<br>d/b/a Nashville General Hospital,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANY,<br><br>    Defendant/Counter-Plaintiff | Case No. 3:08-0533<br>Judge Trauger |

### CONSOLIDATED WITH

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>METROPOLITAN HOSPITAL AUTHORITY<br>d/b/a Bordeaux Long Term Care,<br><br>    Defendant/Counter-Plaintiff | Case No. 3:08-0601<br>Judge Trauger |

### ORDER

For the reasons expressed in the accompanying Memorandum, Cincinnati Insurance Company's ("CIC's") Motion for Summary Judgment (Docket No. 13) is **GRANTED**, that is, the court declares that, as an insurance company, CIC does not have defense and indemnification obligations to Metropolitan Hospital Authority in the *Powell* and *Short* cases identified in the accompanying Memorandum. CIC's Motion for Sanctions (Docket No. 32) is **DENIED.**

Metropolitan Hospital Authority's Motion To Strike Supplement (Docket No. 21) and CIC's Motion for Leave to File Supplemental Brief (Docket No. 28) are **DENIED,** as moot. As all claims are resolved as a matter of law, this case is **DISMISSED.**

It is so ordered.

Enter this 25th day of February 2009.

ALETA A. TRAUGER
United States District Judge